UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON WILLIAM BALDWIN, Plaintiff, v. COUNTY OF SACRAMENTO, et al., Defendants. | No. 2:26-cv-3459 DJC CKD PS<br><br>ORDER |

Plaintiff, proceeding pro se, has moved pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. (ECF No. 3) Plaintiff has also filed a motion for temporary restraining order (ECF No. 2), which is in the briefing stage per the assigned district judge.

Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed in forma pauperis (ECF No. 3) is granted.

Dated: October 6, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/bald3459.ifp_grant