UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON WILLIAM BALDWIN,

Plaintiff,

v.

COUNTY OF SACRAMENTO, et al.,

Defendants.

No. 2:26-cv-03459-DJC-CKD

ORDER

On October 2, 2026, Plaintiff filed a Motion for Temporary Restraining Order seeking to prevent Defendants from auctioning a 2002 Chevrolet Avalanche with California License Plate Number 33718P2. (ECF No. 2.) The Court ordered an administrative stay of the sale and ordered that Defendants file a response to the Motion. (ECF No. 4.) No response has been filed by Defendants.

Having reviewed Plaintiff's Complaint and Motion (ECF Nos. 1, 2), and in light of Defendants non-opposition to the Motion, the Court finds that Plaintiff has met the requirements of for issuance of a temporary restraining order under *Winter v. Natural Resource Defense Council, Inc.*, 555 U.S. 7, 20 (2008). Using the sliding scale approach utilized in the Ninth Circuit, Plaintiff has established serious questions going to the merits regarding the seizure of the vehicle. *See All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011). Plaintiff has also established a likelihood

of irreparable harm and that the balance of the equities tips clearly in Plaintiff's favor as the improper sale of Plaintiff's vehicle which he relies upon will cause substantial injury while the delay to the sale will cause limited harm to Defendants. The public interest similarly supports granting a temporary restraining order. As such, issuance of a temporary restraining order is appropriate.

The Court finds that no bond is required as there is no realistic likelihood of harm to the Defendants. *See Jorgensen v. Cassiday*, 320 F.3d 906, 919 (9th Cir. 2003).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Temporary Restraining Order (ECF No. 2) is GRANTED;
2. Defendants are enjoined and restrained from auctioning the 2002 Chevrolet Avalanche with California License Plate Number 33718P2 at issue in this matter while this order remains in effect.
3. This Order shall expire on October 21, 2026, at 5:00 PM unless extended by further order of this Court.
4. Plaintiff is ordered to effectuate service of the Complaint and this Order consistent with Federal Rule of Civil Procedure 4, and to file a proof of service on or before October 12, 2026. Failure to file proof of service may result in the Court lifting the Temporary Restraining Order or dismissal of this action.
5. Plaintiff is to file a Motion for Preliminary Injunction on or before October 14, 2026. Defendants shall file an Opposition on or before October 19, 2026. Plaintiff may file a Reply on or before October 21, 2026.

IT IS SO ORDERED.

Dated: **October 8, 2026**

Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE